**Fill in this information to identify the case:**

Debtor 1    Angelo Carrozza

Debtor 2    Shannon Carrozza
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern _____ District of PA _____
(State)

Case number    14-12392

# Form 4100R

# Response to Notice of Final Cure Payment                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1:    Mortgage Information

Name of creditor:    21st Mortgage Corporation

Court claim no. (if known):
7

Last 4 digits of any number you use to identify the debtor's account:    xx49

Property address:    PO BOX 477
Number    Street

Knoxville TN 37901
City    State    ZIP Code

## Part 2:    Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3:    Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:    (a) $528.64

b.  Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $00.00

c.  **Total.** Add lines a and b.    (c) $528.64

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    03/01/2019
___/___/_____
MM / DD / YYYY

Form 4100R    Response to Notice of Final Cure Payment    page 1

Debtor 1    **Angelo Carrozza**
First Name    Middle Name    Last Name

Case number *(if known)*    **14-12392**

---

**Part 4:**  **Itemized Payment History**

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

**Part 5:**  **Sign Here**

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

[✓] I am the creditor.
[ ] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ **/s/: Lisa Buckner**
Signature

Date    05/02/2019
    ___/____/_____

Print    **Lisa Buckner**
First Name    Middle Name    Last Name

Title    BK Coordinator

Company    **21st Mortgage Corporation**

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    **PO Box 477**
Number    Street
**Knoxville TN 37901**
City    State    ZIP Code

Contact phone    **800- 955-0021 x 1525**
(_____) _____ – _____

Email    **LisaBuckner@21stMortgage.com**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE_EASTERN____ DISTRICT OF _Pennsylvania_____

IN RE:                            )
_Angelo & Shannon Carrozza____, Debtor(s)   )
                              )
                              )

CHAPTER: _13__
CASE NO: _14-12392_____

## CERTIFICATE OF SERVICE

I, _Lisa Buckner_____, Bankruptcy Coordinator for 21st Mortgage

Corporation, hereby certify that on the _2nd_ day of_ May          ,2019, a true and exact

copy  of Reponse to Notice of Final Cure Payment   _ was served upon the following parties in this

manner:

SERVICE BY ELECTRONIC MAIL:

Trustee William Miller
P.O. Box 1229
Philadelphia, PA 19105


ATTORNEY Brad Sadek
1315 Walnut St STE 502
Philadelphia, PA 19107


SERVICE BY REGULAR MAIL:

Angelo & Shannon Carrozza
724 Michell Street
Ridley Park, PA 19078


/s/ Lisa Buckner

21ST MORTGAGE CORPORATION